**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** <br><br> **BETHNY, LLC,**[1] <br><br> **Debtor.** | **Chapter 11** <br><br> **Case No. 09-_____ (\_\_\_)** |

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____. NOT APPLICABLE

2. The following financial data is the latest available information and refers to the debtor's condition on September 21, 2009.

   a. Total assets      $3,636,354

   b. Total debts (including debts listed in 2.c, below)      $16,825,308

   c. Debt securities held by more than 500 holders: NONE

   | | | Approximate number of holders: |
   |---|---|---|
   | secured ❏ unsecured ❏ subordinated ❏ | $_____ | $_____ |
   | secured ❏ unsecured ❏ subordinated ❏ | $_____ | $_____ |
   | secured ❏ unsecured ❏ subordinated ❏ | $_____ | $_____ |
   | secured ❏ unsecured ❏ subordinated ❏ | $_____ | $_____ |
   | secured ❏ unsecured ❏ subordinated ❏ | $_____ | $_____ |

   d. Number of shares preferred stock: NONE

   e. Number of shares common stock: NONE
      Comments, if any:

3. Brief description of debtor's business: The Debtor, a Delaware limited liability company, was in the business of owning, operating, and managing the operation of retail grocery stores, all of which have been sold or closed.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of the debtors: Bethny Holdings Group LLC_____.

---

[1] Debtor's EIN: XX-XXX4404.