# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BETHNY, LLC, *et al.*,[1]<br><br>              Debtors. | Chapter 11<br><br>Case No. 09-13353 (CSS)<br>(Jointly Administered)<br><br>**Objection Deadline: November 19, 2009 at 4:00 pm**<br>**Hearing Date:     November 25, 2009 at 10:00 a.m.** |

### APPLICATION OF THE DEBTORS PURSUANT TO BANKRUPTCY CODE SECTION 327(a), FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014 AND LOCAL RULE 2014-1 FOR AN ORDER AUTHORIZING THE RETENTION OF ELM CITY PARTNERS, LLC, AS FINANCIAL ADVISORS TO THE DEBTORS *NUNC PRO TUNC* AS OF THE SEPTEMBER 29, 2009 PETITION DATE

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), by and through undersigned counsel, seek by the within application (the "**Application**") entry of an order substantially in the form annexed to the Application, pursuant to section 327(a) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 2014-1 of the Local Rules United States Bankruptcy Court for the District of Delaware (the "**Local Rules**" or "**Del. Bankr. LR**") authorizing the retention of Elm City Partners, LLC ("**Elm City**"), as financial advisors for the Debtors *nunc pro tunc* as of September 29, 2009 (the "**Petition Date**"). In support of the Application, the Debtors rely on the *Affidavit of Joseph L. Palazzi, President, Elm City Partners LLC in Support of Debtors' Application for an Order Authorizing the Retention of Elm City Partners LLC as Financial Advisors to the Debtors* (the "**Palazzi Affidavit**") and the Professional Financial Advisor Agreement entered into pre-petition by Elm City and Debtor Bethny, LLC (the "**Elm City Agreement**") attached as Exhibit A to the Palazzi Affidavit, both

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's fe deral tax identification number, are: Bethny, LLC (4404); Bethny Place, LLC (3536); and Bethny I, LLC (4756). The address for all three debtors is P.O. Box 34948, 10421 Motor City Drive, Bethesda, Maryland 20817.

filed contemporaneously herewith and incorporated by reference as if fully set forth herein. In support of the Application, the Debtors respectfully represent as follows:

### Jurisdiction

1. This Court has jurisdiction over the Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory bases for the relief sought herein are section 327(a) of title 11 of the Bankruptcy Code and Bankruptcy Rule 2014(a).

### Background

3. On the Petition Date, the Debtors each filed a Voluntary Petition for relief under chapter 11 of the Bankruptcy Code. The Debtors' bankruptcy cases are being jointly administered pursuant to order of the Court. The Debtors are continuing in possession of their property and managing their businesses as debtors in possession, pursuant to sections 1107 and 1108 of the Bankruptcy Code.

4. The factual background relating to the Debtors' commencement of these Chapter 11 Cases is set forth in the *Declaration of Barbara Parasco in Support of Debtors' First Day Motions* (the "**Parasco Declaration**") filed on the Petition Date, incorporated herein by reference, as if fully set forth herein, and the record of the hearing before the Court on October 1, 2009.

### Relief Requested

5. By this Application, the Debtors seek to retain Elm City *nunc pro tunc* as of the Petition Date as their financial advisors with regard to the filing and prosecution of these chapter 11 cases and all related proceedings. The Debtors respectfully request the entry of an order

substantially in the form annexed to the Application pursuant to section 327(a) of the Bankruptcy Code, Bankruptcy Rule 2014 and Local Rule 2014-1 authorizing them to retain Elm City pursuant to the terms set forth in the Elm City Agreement to perform the financial advisory services that will be necessary during these chapter 11 cases.

6. The Debtors seek to retain Elm City as their financial advisors in these cases because of its knowledge of the Debtors and their businesses prior to the Petition Date and the firm's experience in out-of-court and in-court restructurings over the past ten years.

7. Subject to the Court's approval in accordance with section 330(a) of the Bankruptcy Code, compensation will be payable to Elm City on an hourly basis, plus reimbursement of out-of- pocket expenses. The professionals presently designated to represent the Debtors and their current standard hourly rates are:

    (a)    Joseph L. Palazzi (CPA, CTP, President)    $270

    (b)    Frederick J. Angelone (CPA, Principal)    $225

8. The professional services that Elm City may be called upon to render to the Debtors include, without limitation, the following:

    (a)    Assist the Debtors with financial aspects of the bankruptcy proceedings, including preparing information requests for creditors and the Office of the United States Trustee, court appearances where required and other issues that may arise in the course of the bankruptcy proceedings;

    (b)    Assist the Debtors in developing, maintaining and updating a cash liquidation budget;

    (c)    Assist the Debtors in pursuing a sale of any remaining assets;

    (d)    Assist the Debtors with lender, investor and/or purchaser due diligence;

    (e)    Assist the Debtors with developing and preparing for submission monthly and quarterly operating reports as required by the United States Trustee;

(f) Assist the Debtors in negotiations and discussions with secured and unsecured creditors; and

(g) Assist the Debtors with developing a plan of liquidation and disclosure statement respecting same, including but not limited to any liquidation or other financial analysis required thereby.

9. To the best of the Debtors' knowledge, and as further detailed in the Affidavit of Joseph L. Palazzi, Elm City has not represented any of the Debtors' creditors, equity security holders, or any other parties in interest, or their respective attorneys, in any matter relating to the Debtors or their estates.

10. To the best of the Debtors' knowledge, Elm City does not hold or represent any interest adverse to the Debtors' estates, Elm City is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy Code, and Elm City's employment is necessary and in the best interests of the Debtors and their estates.

11. Prior to the Petition Date, Elm City has received payments from the Debtors in the amount of $49,588.91, representing a retainer in the amount of $25,000.00 and professional services fees and out of pocket expenses in the amount of $24,588.91, which sums were approved by the Debtors and generated and supplied directly to Elm City by the Debtors.

12. Payment of compensation and reimbursement of expenses to Elm City by the Debtors and application to the Court for allowance of compensation and reimbursement of expenses by Elm City for all services performed and expenses incurred after the Petition Date shall be made in accordance with that certain *Administrative Order Establishing Procedures for Interim Compensation and Expense Reimbursement of Professionals and Committee Members* entered by the Court on October 21, 2009 [Docket No. 44].

## Notice

13. Notice of this Application has been given to the following parties or, in lieu thereof, to their counsel if known: (i) the Office of the United States Trustee; (ii) the Debtors' secured lender; (iii) the creditors holding the twenty largest unsecured claims against the Debtors on a consolidated basis, or their legal counsel if known; and (iv) those persons who have requested notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure. The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given.

## No Prior Request

14. No prior request for the relief sought in this Application has been made to this Court or any other court.

WHEREFORE, the Debtors respectfully request that the Court grant the Application in all respects, and grant such other and further relief it deems just and proper.

Dated: November 9, 2009

Respectfully submitted,

EDWARDS ANGELL PALMER & DODGE LLP

By: ___/s/   Selinda A. Melnik___
    Selinda A. Melnik (DE Bar No. 4032)
919 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 777-7770
Facsimile: (302) 777-7263
smelnik@eapdlaw.com

Counsel for the Debtors and Debtors-in-Possession