UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
WILMINGTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| BETHNY, LLC | § | Case No. 09-13353-CSS |
| | § | |
| | § | |
| Debtors(s) | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 11 of the United States Bankruptcy Code was filed on 09/29/2009. The case was converted to a Chapter 7 on 10/11/2011. The undersigned trustee was appointed on 10/14/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 786,796.77 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative Expenses | | 4,021.76 |
| Bank Service Fees | | 48,391.54 |
| Other Payments to Creditors | | 0.00 |
| Non-Estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the Debtor | | 0.00 |
| Other Payments to Debtor | | 0.00 |
| Leaving a balance on hand of [1] | $ | 734,383.47 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/02/2012 and the deadline for filing governmental claims was 04/09/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

7. The Trustee's proposed distribution is attached as **Exhibit D.**

8. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $42,589.84. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $42,589.84, for a total compensation of $42,589.84[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00 for total expenses of $0.00

Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true  and correct.

Date :   <u>11/01/2018</u>                     By :   <u>/s/ Charles M. Forman</u>

                                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4 (a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:  **09-13353**
Case Name:  **BETHNY, LLC**

For Period Ending:  **11/01/2018**

Judge:  **Christopher S. Sontchi**

Trustee Name:  **Charles M. Forman**
Date Filed (f) or Converted (c):  **10/11/2011 (c)**
341(a) Meeting Date:  **11/04/2011**
Claims Bar Date:  **02/02/2012**

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value<br>(Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned<br>OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | WILMINGTON TRUST OPERATING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 2. | BB&T OPERATING ACCOUNT | 825,641.64 | 1,179.98 | | 0.00 | FA |
| 3. | LEASE DEPOSIT BETHSDA MD | 65,500.00 | 0.00 | | 0.00 | FA |
| 4. | BETHNY PLACE LLC/JBOTGO LLC INTERESTS | 0.00 | 0.00 | | 0.00 | FA |
| 5. | AG KINGS HOLDINGS II RECEIVABLE (10-50819) [D.I. 600] | 454,592.56 | 340,944.42 | | 597,800.38 | FA |
| 6. | LINCOLN LIFE & ANNUITY LIFE INS. BENEFIT | 1,150,000.00 | 380,000.00 | | 0.00 | FA |
| 7. | LASALLE GLOBAL TRUST | 727,573.30 | 371,640.71 | | 0.00 | FA |
| 8. | POSSIBLE 90 DAY/1 YEAR TRANSFER CLAIMS | 677,157.46 | 0.00 | | 0.00 | FA |
| 9. | VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 10. | VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 11. | DIP ACCOUNT FUNDS (u) | 160,000.00 | 160,000.00 | | 159,149.89 | FA |
| 12. | CLAIM RE UNEARNED RETAINER REFUND (u) | 25,433.63 | 0.00 | | 25,433.63 | FA |
| 13. | UNEARNED RETAINER REFUND (u) | 0.00 | 4,411.27 | | 4,411.27 | FA |
| INT. | Post-Petition Interest Deposits (u) | Unknown | NA | | 1.60 | FA |

Gross Value of Remaining Assets

| **TOTALS (Excluding Unknown Values)** | 4,085,898.59 | 1,258,176.38 | | 786,796.77 | 0.00 |
|---|---|---|---|---|---|

Re Prop. #2   ADMINISTERED IN PRIOR CHAPTER - THE OPERATING ACCOUNTS WERE TRANSFERRED TO THE DIP ACCOUNT IN THE CHAPTER 11.  THERE WERE MINIMAL FUNDS WITH BB&T AS OF THE CONVERSION DATE;
Re Prop. #5   ADVERSARY PROCEEDING COMMENCED TO COLLECT - ADV PRO 10-50819 AMOUNT SCHEDULED PLUS   INTEREST IN ESCROW OF 500,000  - SETTLEMENT OF AG KINGS APPROVED BY COURT.
Re Prop. #6   THIS ASSET, DESPITE BEING SCHEDULED AS AN ASSET OF BETHNY LLC  APPEARS TO BE ASSET OF BETHNY PLACE, LLC. ;LIQUIDATED BY TRUSTEE FOR BETHNY PLACE LLC 09-13354 ;;
Re Prop. #7   INDEMNITY & TAX ESCROW -  THE TAX ESCROW WAS RELEASED DURING THE CHAPTER 11 PROCEEDINGS.  INDEMNITY ESCROW PROCEEDS INCLUDED IN SETTLEMENT OF REF. #5
Re Prop. #8   PER SOFA ... STATUTE OF LIMITAIONS EXPIRED 9-29-11 TO FILE PREFERENCE AND INSIDER CLAIMS

UST Form 101-7-TFR (5/1/2011) (Page 3)

**Exhibit A**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| **Case No:  09-13353** | **Judge:  Christopher S. Sontchi** | **Trustee Name:  Charles M. Forman** |
| **Case Name:  BETHNY, LLC** | | **Date Filed (f) or Converted (c):  10/11/2011 (c)** |
| | | **341(a) Meeting Date:  11/04/2011** |
| **For Period Ending:  11/01/2018** | | **Claims Bar Date:  02/02/2012** |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

Re Prop. #12   RE: LOCKE LORD LLP
Re Prop. #13   RE: ESCROW AGENT

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**ORDERS ENTERED 2-26-16 GRANTING MOTION TO MODIFY FILED CLAIMS**

**HG/AA>MEH**

Initial Projected Date of Final Report(TFR) : 12/31/2013        Current Projected Date of Final Report(TFR) :  12/31/2017

**Trustee's Signature**        <u>/s/Charles M. Forman</u>        **Date:**  <u>11/01/2018</u>
                       Charles M. Forman
                       66 Route 17N
                       Paramus, NJ 07652
                       Phone : (201) 845-1000

**Exhibit A**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-13353 | | Trustee Name: | Charles M. Forman |
|---|---|---|---|---|
| Case Name: | BETHNY, LLC | | Bank Name: | Bank of America |
| | | | Account Number/CD#: | ******9433 Money Market Account |
| Taxpayer ID No: | **-***4404 | | Blanket bond (per case limit): | 155,842,865.00 |
| For Period Ending: | 11/1/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/07/2012 | [11] | BETHNY LLC (DIP) | FUNDS FROM CLOSED DIP ACCOUNT - CITIBANK 4458 / 7627 | 1229-000 | 159,149.89 | | 159,149.89 |
| 03/08/2012 | 1001 | ARTICLE 9 AGENTS 535 EIGHTH AVE. FLOOR 15 NEW YORK NY , 10018 | PROFFESSIONAL FEES - UCC SEARCH | 2990-000 | | 540.00 | 158,609.89 |
| 03/30/2012 | [INT] | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.86 | | 158,610.75 |
| 04/18/2012 | [INT] | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.74 | | 158,611.49 |
| 04/18/2012 | | Trsf To VIRGINIA HERITAGE BANK | FINAL TRANSFER | 9999-000 | | 158,611.49 | 0.00 |

| | | | | Page Subtotals | 159,151.49 | 159,151.49 | |
|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| **COLUMN TOTALS** | 159,151.49 | 159,151.49 |
| Less:Bank Transfer/CD's | 0.00 | 158,611.49 |
| **SUBTOTALS** | 159,151.49 | 540.00 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 159,151.49 | 540.00 |

**Exhibit B**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-13353 |
| Case Name: | BETHNY, LLC |
| Taxpayer ID No: | **-***4404 |
| For Period Ending: | 11/1/2018 |

| | |
|---|---|
| Trustee Name: | Charles M. Forman |
| Bank Name: | Virginia Heritage Bank |
| Account Number/CD#: | ******0032 Checking Account |
| Blanket bond (per case limit): | 155,842,865.00 |
| Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/18/2012 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 158,611.49 | | 158,611.49 |
| 05/18/2012 | 1001 | BANK OF AMERICA/MERRIL LYNCH | BANK FEE 4/1/12-3/31/13 #433158.2 [D.I. 600] | 2600-000 | | 1,500.00 | 157,111.49 |
| 01/31/2013 | | VIRGINIA HERITAGE BANK | VIRGINIA HERITAGE SERVICE CHARGE | 2600-000 | | 166.80 | 156,944.69 |
| 02/14/2013 | 1002 | INTERNATIONAL SURETIES, LTD | TRUSTEE BLANKET BOND PREMIUM | 2300-000 | | 154.69 | 156,790.00 |
| 03/07/2013 | | VIRGINIA HERITAGE BANK | BANK SERVICE FEE | 2600-000 | | 150.52 | 156,639.48 |
| 03/29/2013 | 1003 | COZEN O'CONNOR | MEDIATION FEES PER ORDER 1-10-13 | 3721-000 | | 1,755.00 | 154,884.48 |
| 04/05/2013 | | VIRGINIA HERITAGE BANK | BANK SERVICE FEE | 2600-000 | | 166.33 | 154,718.15 |
| 05/07/2013 | | VIRGINIA HERITAGE BANK | BANK SERVICE FEE | 2600-000 | | 159.64 | 154,558.51 |
| 05/31/2013 | [5] | BALDUCCI'S HOLDINGS LLC | SETTLEMENT FUNDS ADV#10-50819 [D.I. 600] | 1141-000 | 102,211.43 | | 256,769.94 |
| 06/07/2013 | | VIRGINIA HERITAGE BANK | BANK SERVICE FEE | 2600-000 | | 164.12 | 256,605.82 |
| | | | Page Subtotals | | 260,822.92 | 4,217.10 | |

UST Form 101-7-TFR (5/1/2011) (Page 6)

**Exhibit B**

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: **09-13353** | |
| Case Name: **BETHNY, LLC** | |
| | |
| Taxpayer ID No: **\*\*-\*\*\*4404** | |
| For Period Ending: **11/1/2018** | |

| | |
|---|---|
| Trustee Name: **Charles M. Forman** | |
| Bank Name: **Virginia Heritage Bank** | |
| Account Number/CD#: **\*\*\*\*\*\*0032 Checking Account** | |
| Blanket bond (per case limit): **155,842,865.00** | |
| Separate bond (if applicable): **0.00** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/11/2013 | [5] | BANK OF AMERICA/MERRILL  LYNCH | ESCROW DISBURSEMENT PURSUANT TO JOINT DISBURSEMENT INSTRUCTIONS & SETTLEMENT WITH 4G KINGS [D.I. 600] | 1141-000 | 494,088.11 | | 750,693.93 |
| 07/08/2013 | | VIRGINIA HERITAGE BANK | BANK SERVICE FEE | 2600-000 | | 578.16 | 750,115.77 |
| 08/07/2013 | | VIRGINIA HERITAGE BANK | BANK SERVICE FEE | 2600-000 | | 796.49 | 749,319.28 |
| 09/09/2013 | | VIRGINIA HERITAGE BANK | BANK SERVICE FEE | 2600-000 | | 795.67 | 748,523.61 |
| 09/23/2013 | [5] | BANK OF AMERICA/MERRILL LYNCH | SETTLEMENT PAYMENT AG KINGS ADV#10-50819 | 1141-000 | 1,500.84 | | 750,024.45 |
| 10/07/2013 | | VIRGINIA HERITAGE BANK | BANK SERVICE FEE | 2600-000 | | 769.61 | 749,254.84 |
| 11/07/2013 | | VIRGINIA HERITAGE BANK | BANK SERVICE FEE | 2600-000 | | 795.60 | 748,459.24 |
| 12/06/2013 | | VIRGINIA HERITAGE BANK | BANK SERVICE FEE | 2600-000 | | 769.13 | 747,690.11 |
| 01/08/2014 | | VIRGINIA HERITAGE BANK | BANK SERVICE FEE | 2600-000 | | 793.91 | 746,896.20 |
| 02/07/2014 | | VIRGINIA HERITAGE BANK | BANK SERVICE FEE | 2600-000 | | 793.13 | 746,103.07 |
| | | | Page Subtotals | | 495,588.95 | 6,091.70 | |

UST Form 101-7-TFR (5/1/2011) (Page 7)

**Exhibit B**

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | **09-13353** | |
| Case Name: | **BETHNY, LLC** | |
| | | |
| Taxpayer ID No: | **\*\*-\*\*\*4404** | |
| For Period Ending: | **11/1/2018** | |

| | |
|---|---|
| Trustee Name: | **Charles M. Forman** |
| Bank Name: | **Virginia Heritage Bank** |
| Account Number/CD#: | **\*\*\*\*\*\*0032 Checking Account** |
| Blanket bond (per case limit): | **155,842,865.00** |
| Separate bond (if applicable): | **0.00** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/06/2014 | 1004 | INTERNATIONAL SURETIES, LTD | TRUSTEE BLANKET BOND PREMIUM | 2300-000 | | 701.56 | 745,401.51 |
| 03/07/2014 | | VIRGINIA HERITAGE BANK | BANK SERVICE FEE | 2600-000 | | 715.60 | 744,685.91 |
| 04/07/2014 | | VIRGINIA HERITAGE BANK | BANK SERVICE FEE | 2600-000 | | 790.95 | 743,894.96 |
| 05/08/2014 | | VIRGINIA HERITAGE BANK | BANK SERVICE FEE | 2600-000 | | 764.44 | 743,130.52 |
| 06/06/2014 | | VIRGINIA HERITAGE BANK | BANK SERVICE FEE | 2600-000 | | 763.67 | 742,366.85 |
| 07/07/2014 | | VIRGINIA HERITAGE BANK | BANK SERVICE FEE | 2600-000 | | 762.84 | 741,604.01 |
| 08/07/2014 | | VIRGINIA HERITAGE BANK | BANK SERVICE FEE | 2600-000 | | 787.48 | 740,816.53 |
| 08/08/2014 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 740,816.53 | 0.00 |
| | | | Page Subtotals | | 0.00 | 746,103.07 | |

UST Form 101-7-TFR (5/1/2011) (Page 8)

**Exhibit B**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | **09-13353** |
| Case Name: | **BETHNY, LLC** |
| Taxpayer ID No: | **\*\*-\*\*\*4404** |
| For Period Ending: | **11/1/2018** |

| | |
|---|---|
| Trustee Name: | **Charles M. Forman** |
| Bank Name: | **Virginia Heritage Bank** |
| Account Number/CD#: | **\*\*\*\*\*\*0032 Checking Account** |
| Blanket bond (per case limit): | **155,842,865.00** |
| Separate bond (if applicable): | **0.00** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

|  | Page Subtotals | | | |
|---|---|---|---|---|
| **COLUMN TOTALS** | 756,411.87 | 756,411.87 |
| Less:Bank Transfer/CD's | 158,611.49 | 740,816.53 |
| **SUBTOTALS** | 597,800.38 | 15,595.34 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 597,800.38 | 15,595.34 |

**Exhibit B**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-13353 | | Trustee Name: | Charles M. Forman |
|---|---|---|---|---|
| Case Name: | BETHNY, LLC | | Bank Name: | Union Bank |
| | | | Account Number/CD#: | ******5566 Checking Account |
| Taxpayer ID No: | **-***4404 | | Blanket bond (per case limit): | 155,842,865.00 |
| For Period Ending: | 11/1/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/08/2014 | | Trsf In From VIRGINIA HERITAGE BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 740,816.53 | | 740,816.53 |
| 09/25/2014 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 852.45 | 739,964.08 |
| 10/27/2014 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 1,065.31 | 738,898.77 |
| 11/25/2014 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 1,099.55 | 737,799.22 |
| 12/26/2014 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 1,062.48 | 736,736.74 |
| 01/26/2015 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 1,096.29 | 735,640.45 |
| 02/25/2015 | 100001 | INTERNATIONAL SURETIES LTD | TRUSTEE BLANKET BOND PREMIUM | 2300-000 | | 400.78 | 735,239.67 |
| 02/25/2015 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 1,094.70 | 734,144.97 |
| 03/25/2015 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 987.36 | 733,157.61 |
| 04/27/2015 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 1,090.85 | 732,066.76 |
| | | | Page Subtotals | | 740,816.53 | 8,749.77 | |

UST Form 101-7-TFR (5/1/2011) (Page 10)

**Exhibit B**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **09-13353**
Case Name: **BETHNY, LLC**

Taxpayer ID No: **\*\*-\*\*\*4404**
For Period Ending: **11/1/2018**

Trustee Name: **Charles M. Forman**
Bank Name: **Union Bank**
Account Number/CD#: **\*\*\*\*\*\*5566 Checking Account**
Blanket bond (per case limit): **155,842,865.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/26/2015 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 1,054.33 | 731,012.43 |
| 06/25/2015 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 1,087.77 | 729,924.66 |
| 07/27/2015 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 1,051.14 | 728,873.52 |
| 08/25/2015 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 1,084.64 | 727,788.88 |
| 09/25/2015 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 1,082.96 | 726,705.92 |
| 10/26/2015 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 1,046.51 | 725,659.41 |
| 11/25/2015 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 863.84 | 724,795.57 |
| 12/28/2015 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 834.81 | 723,960.76 |
| 01/25/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 861.68 | 723,099.08 |
| 01/27/2016 | 100002 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET - STE 420 NEW ORLEANS LA , 70139 | BLANKET BOND # 016026389 | 2300-000 | | 332.60 | 722,766.48 |
| | | | Page Subtotals | | 0.00 | 9,300.28 | |

UST Form 101-7-TFR (5/1/2011) (Page 11)

**Exhibit B**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **09-13353**
Case Name: **BETHNY, LLC**

Taxpayer ID No: **\*\*-\*\*\*4404**
For Period Ending: **11/1/2018**

Trustee Name: **Charles M. Forman**
Bank Name: **Union Bank**
Account Number/CD#: **\*\*\*\*\*\*5566 Checking Account**
Blanket bond (per case limit): **155,842,865.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/25/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 858.24 | 721,908.24 |
| 03/25/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 801.63 | 721,106.61 |
| 04/25/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 855.82 | 720,250.79 |
| 05/25/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 827.30 | 719,423.49 |
| 06/27/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 853.85 | 718,569.64 |
| 07/25/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 825.44 | 717,744.20 |
| 08/25/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 851.85 | 716,892.35 |
| 09/26/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 850.87 | 716,041.48 |
| 10/25/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 822.50 | 715,218.98 |
| 11/25/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 848.86 | 714,370.12 |
| | | | Page Subtotals | | 0.00 | 8,396.36 | |

**Exhibit B**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-13353 | | | | Trustee Name: | Charles M. Forman |
|---|---|---|---|---|---|---|
| Case Name: | BETHNY, LLC | | | | Bank Name: | Union Bank |
| | | | | | Account Number/CD#: | ******5566 Checking Account |
| Taxpayer ID No: | **-***4404 | | | | Blanket bond (per case limit): | 155,842,865.00 |
| For Period Ending: | 11/1/2018 | | | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/13/2016 | | Transfer to Texas Capital Bank | Transfer of funds to account ending 2951 | 9999-000 | | 714,370.12 | 0.00 |
| | | | | Page Subtotals | 0.00 | 714,370.12 | |

| | | | | | |
|---|---|---|---|---|---|
| | COLUMN TOTALS | | 740,816.53 | 740,816.53 | |
| | Less:Bank Transfer/CD's | | 740,816.53 | 714,370.12 | |
| | **SUBTOTALS** | | 0.00 | 26,446.41 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | **Net** | | 0.00 | 26,446.41 | |

**Exhibit B**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 09-13353 | |
| Case Name: | BETHNY, LLC | |
| Taxpayer ID No: | **-***4404 | |
| For Period Ending: | 11/1/2018 | |

| | | |
|---|---|---|
| Trustee Name: | Charles M. Forman | |
| Bank Name: | Texas Capital Bank | |
| Account Number/CD#: | ******2951 Checking Account | |
| Blanket bond (per case limit): | 155,842,865.00 | |
| Separate bond (if applicable): | 0.00 | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/13/2016 | | Transfer from Union Bank | Transfer of funds | 9999-000 | 714,370.12 | | 714,370.12 |
| 01/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 503.82 | 713,866.30 |
| 02/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 821.47 | 713,044.83 |
| 03/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 820.56 | 712,224.27 |
| 03/28/2017 | 54001 | INTERNATIONAL SURETIES, LTD 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA 70139 | Bond Premium | 2300-000 | | 137.13 | 712,087.14 |
| *03/28/2017 | 54002 | INTERNATIONAL SURETIES, LTD 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA 70139 | Bond Premium | 2300-000 | | 76.29 | 712,010.85 |

| | | | | Page Subtotals | 714,370.12 | 2,359.27 | |

**Exhibit B**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **09-13353**

Case Name: **BETHNY, LLC**

Taxpayer ID No: **\*\*-\*\*\*4404**

For Period Ending: **11/1/2018**

Trustee Name: **Charles M. Forman**

Bank Name: **Texas Capital Bank**

Account Number/CD#: **\*\*\*\*\*\*2951 Checking Account**

Blanket bond (per case limit): **155,842,865.00**

Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *03/30/2017 | | INTERNATIONAL SURETIES, LTD 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA 70139 | Bond Premium | 2300-000 | | (76.29) | 712,087.14 |
| 04/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 819.60 | 711,267.54 |
| 04/28/2017 | [12] | LOCKE LORD LLP | REFUND OF UNEARNED RETAINER | 1290-000 | 25,433.63 | | 736,701.17 |
| *04/28/2017 | | LOCKE LORD LLP | REFUND OF UNEARNED RETAINER | 6210-000 | | (25,433.63) | 762,134.80 |
| *04/28/2017 | | LOCKE LORD LLP | REFUND OF UNEARNED RETAINER | 6210-000 | | 25,433.63 | 736,701.17 |
| 05/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 821.43 | 735,879.74 |
| 06/05/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 846.83 | 735,032.91 |
| | | | Page Subtotals | | 25,433.63 | 2,411.57 | |

**Exhibit B**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **09-13353**
Case Name: **BETHNY, LLC**

Taxpayer ID No: **\*\*-\*\*\*4404**
For Period Ending: **11/1/2018**

Trustee Name: **Charles M. Forman**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*2951 Checking Account**
Blanket bond (per case limit): **155,842,865.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 845.92 | 734,186.99 |
| 08/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 844.88 | 733,342.11 |
| 09/05/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 843.91 | 732,498.20 |
| 10/04/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 843.00 | 731,655.20 |
| 11/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 842.00 | 730,813.20 |
| 12/04/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 841.00 | 729,972.20 |
| | | | Page Subtotals | | 0.00 | 5,060.71 | |

UST Form 101-7-TFR (5/1/2011) (Page 16)

**Exhibit B**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-13353 | | Trustee Name: | Charles M. Forman |
|---|---|---|---|---|
| Case Name: | BETHNY, LLC | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******2951 Checking Account |
| Taxpayer ID No: | **-***4404 | | Blanket bond (per case limit): | 155,842,865.00 |
| For Period Ending: | 11/1/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/04/2018 | [13] | GALLAGHER HARNETT & LAGALANTE LLP | REFUND OF UNEARNED RETAINER BY ESCROW AGENT | 1290-000 | 4,411.27 | | 734,383.47 |
| | | | Page Subtotals | | 4,411.27 | 0.00 | |

| | | |
|---|---|---|
| **COLUMN TOTALS** | 744,215.02 | 9,831.55 |
| Less:Bank Transfer/CD's | 714,370.12 | 0.00 |
| **SUBTOTALS** | 29,844.90 | 9,831.55 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 29,844.90 | 9,831.55 |

| | |
|---|---|
| All Accounts Gross Receipts: | 786,796.77 |
| All Accounts Gross Disbursements: | 52,413.30 |
| All Accounts Net: | 734,383.47 |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******0032 Checking Account | 597,800.38 | 15,595.34 | |
| ******5566 Checking Account | 0.00 | 26,446.41 | |
| ******9433 Money Market Account | 159,151.49 | 540.00 | |
| ******2951 Checking Account | 29,844.90 | 9,831.55 | |
| **Net Totals** | 786,796.77 | 52,413.30 | 734,383.47 |

UST Form 101-7-TFR (5/1/2011) (Page 17)                                    **Exhibit B**

Case: 09-13353
BETHNY, LLC

Charles M. Forman
CLAIMS REGISTER
EXHIBIT C Page 1

Claims Bar Date: 02/02/12   Government Bar Date: 04/09/12

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
| | CHARLES M. FORMAN, P.O. Box 627 Paramus, NJ 07653 | 2100 | 0.00 | 42,589.84 | 42,589.84 | 0.00 | 42,589.84 |
| 000019 | OFFICE OF THE UNITED District of Delaware J. Caleb Boggs Federal Building 844 King St., Lockbox 35, Ste. 2207 Wilmington , DE 19801 Filed: 10/26/11 | 2950 | 0.00 | 2,276.14 | 0.00 | 0.00 | 0.00 |
| | CHARLES M. FORMAN, ON FEE AMOUNT REDUCED BY $525 PER UST REQUEST | 3110 | 0.00 | 165,296.00 | 164,771.00 | 0.00 | 164,771.00 |
| | CHARLES M. FORMAN, ON | 3120 | 0.00 | 3,929.27 | 3,929.27 | 0.00 | 3,929.27 |
| | MC CARTER & ENGLISH, LLP | 3210 | 0.00 | 32,024.00 | 32,024.00 | 0.00 | 32,024.00 |
| | MC CARTER & ENGLISH, LLP | 3220 | 0.00 | 1,237.77 | 1,237.77 | 0.00 | 1,237.77 |
| | Giuliano Miller & Company, Giuliano Miller & Company has agreed to reduce its allowed fees by $1,900, approximately 10% of the fees awarded per 5/2/17 order | 3410 | 0.00 | 19,840.00 | 19,840.00 | 0.00 | 19,840.00 |
| | Giuliano Miller & Company, | 3420 | 0.00 | 102.72 | 102.72 | 0.00 | 102.72 |
| | COZEN O'CONNOR | 3721 | 0.00 | 1,755.00 | 1,755.00 | 1,755.00 | 0.00 |
| **ADMINISTRATIVE TOTAL** | | | **0.00** | **269,050.74** | **266,249.60** | **1,755.00** | **264,494.60** |
| | DLA PIPER LLP FINAL APPLICATION FEES WAIVED IN THEIR ENTIRETY BY DLA PIPER LLP AND CH 11 TTE PER 5/31/16 ORDER | 6210 | 0.00 | 26,246.86 | 0.00 | 0.00 | 0.00 |
| | DLA PIPER LLP FINAL APPLICATION EXPENSES WAIVED IN THEIR ENTIRETY BY DLA PIPER LLP AND CH 11 TTE PER 5/31/16 ORDER | 6220 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | EDWARDS ANGELL PALMER FINAL APPLICATION EXPENSES APPLIED TO CH 11 PROFESSIONAL'S RETAINER PER STIPULATION AND ORDER DATED 12/28/16 | 6220 | 0.00 | 22,094.76 | 0.00 | 0.00 | 0.00 |

Case: 09-13353
BETHNY, LLC

Charles M. Forman
CLAIMS REGISTER
EXHIBIT C Page 2

Claims Bar Date: 02/02/12    Government Bar Date: 04/09/12

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
| | ELM CITY PARTNERS, LLC | 6700 | 0.00 | 14,621.40 | 14,621.40 | 0.00 | 14,621.40 |
| | STEIN SPERLING BENNETT DE | 6700 | 0.00 | 13,358.20 | 13,358.20 | 0.00 | 13,358.20 |
| | ELM CITY PARTNERS, LLC | 6710 | 0.00 | 247.72 | 247.72 | 0.00 | 247.72 |
| | STEIN SPERLING BENNETT DE | 6710 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 000021A | STATE OF CONNECTICUT <B>(ADMINISTRATIVE)</B> Department of Revenue Services 25 Sigourney St. Hartford , CT 06106 Filed: 01/18/12 MOTION FOR PAYMENT OF CH 11 ADMIN EXPENSE | 6820 | 0.00 | 347.50 | 347.50 | 0.00 | 347.50 |
| **PRIOR CHAPTER TOTAL** | | | **0.00** | **76,916.44** | **28,574.82** | **0.00** | **28,574.82** |
| 000023A | BALDUCCI'S HOLDINGS, LLC Klehr Harrison Harvey Branzburg LLP 1835 Market St., Ste. 1400 Philadelphia , PA 19103 Filed: 02/01/12 DISALLOWED PER 2/26/16 ORDER  [D.I. 688] | 4110 | 0.00 | 954,592.56 | 0.00 | 0.00 | 0.00 |
| **SECURED TOTAL** | | | **0.00** | **954,592.56** | **0.00** | **0.00** | **0.00** |
| 000015 | CONNECTICUT DEPARTMENT Services C&E Division, Bankruptcy Section 25 Sigournet Street Hartford, CT, 06106-5032 Filed: 04/05/10 CLAIM PERTAINS TO RELATED DEBTOR, BETHNY I, LLC | 5800 | 0.00 | 560.00 | 0.00 | 0.00 | 0.00 |
| 000016 | CONNECTICUT DEPARTMENT Services C&E Division, Bankruptcy Section 25 Sigourney Street Hartford , CT 06106-5032 Filed: 04/05/10 | 5800 | 0.00 | 680.00 | 680.00 | 0.00 | 680.00 |
| **PRIORITY TOTAL** | | | **0.00** | **1,240.00** | **680.00** | **0.00** | **680.00** |

Case: 09-13353
BETHNY, LLC

Charles M. Forman
CLAIMS REGISTER
EXHIBIT C Page 3

Claims Bar Date: 02/02/12    Government Bar Date: 04/09/12

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|-----------|-----------|-----|-----------|---------|---------|------|---------|
| | BETHNY HOLDINGS GROUP, | 7100 | 0.00 | 16,063,977.00 | 16,063,977.00 | 0.00 | 16,063,977.00 |
| | THE CLAIM OF BETHNY HOLDINGS GROUP, LLC AND THE PROPOSED DISTRIBUTION TO CREDITORS IS CONSISTENT WITH THE "UNSECURED CREDITOR GIFT" IN ACCORDANCE WITH THE TERMS OF THE SETTLEMENT AND RELEASE AGREEMENT APPROVED BY THE COURT [D.I. 652] | | | | | | |
| 000001 | EXCEL COURIER, INC. P. O. BOX 401 HERNDON , VIRGINIA 20172-0401 Filed: 10/27/09 ALLOWED PER 2/26/16 ORDER | 7100 | 0.00 | 3,428.94 | 3,428.94 | 0.00 | 3,428.94 |
| 000002 | TURNWOOD ASSOCIATES, 113 Crossways Park Drive, Suite 100 Woodbury , NY 11797-2016 Filed: 12/16/09 (2-1) Docket #163 Transfer/Assignment of Claim. Transfer Agreement 3001 (e) 2 Transferor: Kabro Crossways LLC (Claim No. 2) To Turnwood Associates, LLC. Filed by Turnwood Associates LLC. (Cohen, Howard) (Entered: 05/14/2010) DISALLOWED PER 2/26/16 ORDER - SUPERSEDED BY CLAIM NO. 22 | 7100 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 000003 | TAKA GOURMET, INC. c/o Cybil Louie PO Box 0544 Herndon , VA 20172 Filed: 01/04/10 DISALLOWED PER 2/26/16 ORDER [D.I. 687] - SUPERSEDED BY CLAIM NO. 20 | 7100 | 0.00 | 14,735.34 | 0.00 | 0.00 | 0.00 |
| 000004 | SPRING GLEN FRESH FOODS, P. O. BOX 334 HANOVER , PA 17331 Filed: 01/12/10 | 7100 | 0.00 | 6,894.65 | 6,894.65 | 0.00 | 6,894.65 |
| 000005 | UNITED NATURAL FOODS INC PO BOX 706 KEENE , NH 03431 Filed: 01/15/10 DISALLOWED PER 2/26/16 ORDER  [D.I. 687] | 7100 | 0.00 | 5,044.22 | 0.00 | 0.00 | 0.00 |
| 000006 | WYTHE WILL DISTRIBUTING 3612 LAGRANGE PKWY TOANO , VA 23168 Filed: 01/25/10 | 7100 | 0.00 | 11,648.59 | 11,648.59 | 0.00 | 11,648.59 |
| 000007 | ADVANTAGE IQ., INC. 1313 N. ATLANTIC, STE. 5000 SPOKANE , WA 99201 Filed: 02/01/10 | 7100 | 0.00 | 207.50 | 0.00 | 0.00 | 0.00 |

Case: 09-13353
BETHNY, LLC

Charles M. Forman
CLAIMS REGISTER
EXHIBIT C Page 4

Claims Bar Date: 02/02/12    Government Bar Date: 04/09/12

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
| | DISALLOWED PER 2/26/16 ORDER [D.I. 687] - SUPERSEDED BY CLAIM NO. 18 | | | | | | |
| 000008 | MILLSTONE EXPRESS INC. 109 DANBURY ROAD, SUITE 3 RIDGEFIELD , CT 06877 Filed: 02/02/10 | 7100 | 0.00 | 1,171.41 | 1,171.41 | 0.00 | 1,171.41 |
| 000009 | BEVERAGE NETWORK OF 8106 Stayton Drive Jessup , MD 20794 Filed: 02/16/10 | 7100 | 0.00 | 465.38 | 465.38 | 0.00 | 465.38 |
| 000010 | POSTORO'S INC. 6101 E. Lombard Street Baltimore , MD 21224 Filed: 02/18/10 DISALLOWED PER 2/26/16 ORDER [D.I. 688] | 7100 | 0.00 | 2,180.28 | 0.00 | 0.00 | 0.00 |
| 000011 | MOTOR CITY DRIVE, LLC 10411 Motor City Drive Bethesda , MD 20817 Filed: 02/19/10 CLAIM REDUCED AND ALLOWED AS $443,086.20 PER 2/26/16 ORDER | 7100 | 0.00 | 689,923.19 | 443,086.20 | 0.00 | 443,086.20 |
| 000012 | R & R TRADE dba Orinoco Coffee & Tea 7190 Oakland Mills Rd., Ste 7 Columbia , MD 21046 Filed: 02/22/10 | 7100 | 0.00 | 3,414.95 | 3,414.95 | 0.00 | 3,414.95 |
| 000013 | PRECISION ROOFING, INC. 22 KERR LANE SOUTHFIELDS , NY 10975 Filed: 03/08/10 | 7100 | 0.00 | 4,087.85 | 4,087.85 | 0.00 | 4,087.85 |
| 000014 | BALDUCCI'S HOLDINGS, LLC c/o AG Special Situation Corp. 245 Park Avenue New York , NY 10167 Filed: 03/10/10 DISALLOWED PER 2/26/16 ORDER - SUPERSEDED BY CLAIM NO. 23 | 7100 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 000017 | MCMASTER-CARR SUPPLY P. O. BOX 5370 PRINCETON , NJ 08543-5370 Filed: 06/14/10 | 7100 | 0.00 | 141.79 | 141.79 | 0.00 | 141.79 |

Case: 09-13353
BETHNY, LLC

Charles M. Forman
CLAIMS REGISTER
EXHIBIT C Page 5

Claims Bar Date: 02/02/12   Government Bar Date: 04/09/12

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|-----------|-----------|-----|-----------|---------|---------|------|---------|
| 000018 | ADVANTAGE IQ., INC.<br>1313 N. ATLANTIC, STE. 5000<br>SPOKANE , WA 99201<br>Filed: 10/25/11 | 7100 | 0.00 | 207.50 | 207.50 | 0.00 | 207.50 |
| 000020 | TAKA GOURMET, INC.<br>c/o Cybil Louie<br>PO Box 0544<br>Herndon , VA 20172<br>Filed: 11/17/11<br>  DISALLOWED PER 2/26/16 ORDER [D.I. 688] | 7100 | 0.00 | 14,735.34 | 0.00 | 0.00 | 0.00 |
| 000022 | TURNWOOD ASSOCIATES,<br>Rivkin Radler LLP<br>926 RXR Plaza<br>Uniondalee , NY 11556<br>Filed: 01/31/12<br>  ALLOWED PER 2/26/16 ORDER - EACH ESTATE BUT ENTITLED TO ONLY ONE SATISFACTION | 7100 | 0.00 | 2,038,648.49 | 2,038,648.49 | 0.00 | 2,038,648.49 |
| 00023 | Balducci's Holdings, LLC Klehr<br>1835 Market St Ste 1400<br>Philadelphia, PA 19103<br>Filed: 02/01/12<br>DISALLOWED PER 2/26/16 ORDER [D.I. 688] | 7100 | 0.00 | 70,407.44 | 0.00 | 0.00 | 0.00 |
| **UNSECURED TOTAL** | | | **0.00** | **18,931,319.86** | **18,577,172.75** | **0.00** | **18,577,172.75** |
| **REPORT TOTALS** | | | **0.00** | **20,233,119.60** | **18,872,677.17** | **1,755.00** | **18,870,922.17** |

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.:   09-13353-CSS

Case Name:   BETHNY, LLC

Trustee Name:   Charles M. Forman

Balance on Hand                                                        $734,383.47

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000023 | BALDUCCI'S HOLDINGS, LLC | $    954,592.56 | $    0.00 | $    0.00 | $    0.00 |

Total to be paid to secured creditors                                $    0.00

Remaining Balance                                                    $    734,383.47

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees: CHARLES M. FORMAN, CHAPTER 7 TRUSTEE | $    42,589.84 | $    0.00 | $    42,589.84 |
| Attorney for Trustee, Fees: CHARLES M. FORMAN, ON BEHALF | $    164,771.00 | $    0.00 | $    164,771.00 |
| Attorney for Trustee, Expenses: CHARLES M. FORMAN, ON | $    3,929.27 | $    0.00 | $    3,929.27 |
| Accountant for Trustee, Fees: Giuliano Miller & Company, LLC | $    19,840.00 | $    0.00 | $    17,940.00 |
| Accountant for Trustee, Expenses: Giuliano Miller & Company, | $    102.72 | $    0.00 | $    102.72 |
| Fees: United States Trustee | $    0.00 | $    0.00 | $    0.00 |
| Other: MC CARTER & ENGLISH, LLP | $    32,024.00 | $    0.00 | $    32,024.00 |
| Other: MC CARTER & ENGLISH, LLP | $    1,237.77 | $    0.00 | $    1,237.77 |
| Other: COZEN O'CONNOR | $    1,755.00 | $    1,755.00 | $    0.00 |

Total to be paid for chapter 7 administrative expenses            $    262,594.60

Remaining Balance                                                    $    471,788.87

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Debtor, Fees: DLA PIPER LLP | $ 0.00 | $ 0.00 | $ 0.00 |
| Attorney for Debtor, Expenses: DLA PIPER LLP | $ 0.00 | $ 0.00 | $ 0.00 |
| Attorney for Debtor, Expenses: EDWARDS ANGELL PALMER & | $ 0.00 | $ 0.00 | $ 0.00 |
| Other: ELM CITY PARTNERS, LLC | $ 14,621.40 | $ 0.00 | $ 14,621.40 |
| Other: STEIN SPERLING BENNETT DE JONG DRISCOLL, PC | $ 13,358.20 | $ 0.00 | $ 13,358.20 |
| Other: ELM CITY PARTNERS, LLC | $ 247.72 | $ 0.00 | $ 247.72 |
| Other: STEIN SPERLING BENNETT DE JONG DRISCOLL, PC | $ 0.00 | $ 0.00 | $ 0.00 |
| Other: STATE OF CONNECTICUT | $ 347.50 | $ 0.00 | $ 347.50 |

Total to be paid for prior chapter administrative expenses    $  28,574.82

Remaining Balance    $  443,214.05

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $680.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000016 | CONNECTICUT DEPARTMENT OF | $ 680.00 | $ 0.00 | $ 680.00 |

Total to be paid to priority creditors    $  680.00

Remaining Balance    $  442,534.05

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $18,577,172.75 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.4 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | BETHNY HOLDINGS GROUP, LLC | $ 16,063,977.00 | $ 0.00 | $ 296,566.33 |
| 000001 | EXCEL COURIER, INC. | $ 3,428.94 | $ 0.00 | $ 199.16 |
| 000002 | TURNWOOD ASSOCIATES, LLC | $ 0.00 | $ 0.00 | $ 0.00 |
| 000003 | TAKA GOURMET, INC. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000004 | SPRING GLEN FRESH FOODS, INC. | $ 6,894.65 | $ 0.00 | $ 400.44 |
| 000005 | UNITED NATURAL FOODS INC | $ 0.00 | $ 0.00 | $ 0.00 |
| 000006 | WYTHE WILL DISTRIBUTING CO | $ 11,648.59 | $ 0.00 | $ 676.56 |
| 000007 | ADVANTAGE IQ., INC. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000008 | MILLSTONE EXPRESS INC. | $ 1,171.41 | $ 0.00 | $ 68.04 |
| 000009 | BEVERAGE NETWORK OF MARYLAND, | $ 465.38 | $ 0.00 | $ 27.03 |
| 000010 | POSTORO'S INC. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000011 | MOTOR CITY DRIVE, LLC | $ 443,086.20 | $ 0.00 | $ 25,734.68 |
| 000012 | R & R TRADE INTERNATIONAL, INC. | $ 3,414.95 | $ 0.00 | $ 198.34 |
| 000013 | PRECISION ROOFING, INC. | $ 4,087.85 | $ 0.00 | $ 237.42 |
| 000014 | BALDUCCI'S HOLDINGS, LLC | $ 0.00 | $ 0.00 | $ 0.00 |
| 000017 | MCMASTER-CARR SUPPLY COMPANY | $ 141.79 | $ 0.00 | $ 8.24 |
| 000018 | ADVANTAGE IQ., INC. | $ 207.50 | $ 0.00 | $ 12.05 |
| 000020 | TAKA GOURMET, INC. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000022 | TURNWOOD ASSOCIATES, LLC | $ 2,038,648.49 | $ 0.00 | $ 118,405.76 |
| 00023 | Balducci's Holdings, LLC Klehr Harrison | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 442,534.05 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE