UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
WILMINGTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| BETHNY, LLC | § | Case No. 09-13353-CSS |
| | § | |
| Debtor(s) | § | |
| | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Charles M. Forman, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $3,445,872.40 (Without deducting any secured claims) | Assets Exempt: NA |
| Total Distributions to Claimants: $443,214.05 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: $343,582.72 | |

3) Total gross receipts of $786,796.77 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $786,796.77 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3** ) | $16,063,977.00 | $954,592.56 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | NA | $319,709.04 | $316,907.90 | $315,007.90 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5** ) | NA | $76,916.44 | $28,574.82 | $28,574.82 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6** ) | $202,981.68 | $1,240.00 | $680.00 | $680.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7** ) | $885,994.76 | $18,931,319.86 | $18,577,172.75 | $442,534.05 |
| **TOTAL DISBURSEMENTS** | $17,152,953.44 | $20,283,777.90 | $18,923,335.47 | $786,796.77 |

4) This case was originally filed under chapter 7 on 09/29/2009, and it was converted to chapter 7 on 10/11/2011. The case was pending for 120 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.**  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :    09/20/2019                      By :    /s/ Charles M. Forman

                                                                    Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| AG KINGS HOLDINGS II RECEIVABLE (10-50819) [D.I. 600] | 1141-000 | $597,800.38 |
| DIP ACCOUNT FUNDS | 1229-000 | $159,149.89 |
| Post-Petition Interest Deposits | 1270-000 | $1.60 |
| CLAIM RE UNEARNED RETAINER REFUND | 1290-000 | $25,433.63 |
| UNEARNED RETAINER REFUND | 1290-000 | $4,411.27 |
| **TOTAL GROSS RECEIPTS** | | $786,796.77 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00002 | BALDUCCI'S HOLDINGS, LLC | 4110-000 | NA | $954,592.56 | $0.00 | $0.00 |
| | IPC Management LLC | | $16,063,977.00 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | $16,063,977.00 | $954,592.56 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MC CARTER & ENGLISH, LLP | 3210-000 | NA | $32,024.00 | $32,024.00 | $32,024.00 |
| MC CARTER & ENGLISH, LLP | 3220-000 | NA | $1,237.77 | $1,237.77 | $1,237.77 |
| CHARLES M. FORMAN, ON BEHALF OF | 3110-000 | NA | $165,296.00 | $164,771.00 | $164,771.00 |
| CHARLES M. FORMAN, ON BEHALF OF | 3120-000 | NA | $3,929.27 | $3,929.27 | $3,929.27 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GIULIANO MILLER & COMPANY, LLC | 3410-000 | NA | $19,840.00 | $19,840.00 | $17,940.00 |
| GIULIANO MILLER & COMPANY, LLC | 3420-000 | NA | $102.72 | $102.72 | $102.72 |
| CHARLES M. FORMAN, CHAPTER 7 | 2100-000 | NA | $42,589.84 | $42,589.84 | $42,589.84 |
| COZEN O'CONNOR | 3721-000 | NA | $1,755.00 | $1,755.00 | $1,755.00 |
| OFFICE OF THE UNITED STATES | 2950-000 | NA | $2,276.14 | $0.00 | $0.00 |
| ARTICLE 9 AGENTS | 2990-000 | NA | $540.00 | $540.00 | $540.00 |
| BANK OF AMERICA/MERRIL LYNCH | 2600-000 | NA | $1,500.00 | $1,500.00 | $1,500.00 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | $400.78 | $400.78 | $400.78 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $993.38 | $993.38 | $993.38 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $332.60 | $332.60 | $332.60 |
| Texas Capital Bank | 2600-000 | NA | $9,694.42 | $9,694.42 | $9,694.42 |
| UNION BANK | 2600-000 | NA | $25,713.03 | $25,713.03 | $25,713.03 |
| VIRGINIA HERITAGE BANK | 2600-000 | NA | $11,484.09 | $11,484.09 | $11,484.09 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $319,709.04 | $316,907.90 | $315,007.90 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEIN SPERLING BENNETT DE JONG | 6700-000 | NA | $13,358.20 | $13,358.20 | $13,358.20 |
| EDWARDS ANGELL PALMER & DODGE | 6220-000 | NA | $22,094.76 | $0.00 | $0.00 |
| ELM CITY PARTNERS, LLC | 6700-000 | NA | $14,621.40 | $14,621.40 | $14,621.40 |
| ELM CITY PARTNERS, LLC | 6710-000 | NA | $247.72 | $247.72 | $247.72 |
| STEIN SPERLING BENNETT DE JONG | 6710-000 | NA | $0.00 | $0.00 | $0.00 |
| DLA PIPER LLP | 6210-000 | NA | $26,246.86 | $0.00 | $0.00 |
| DLA PIPER LLP | 6220-000 | NA | $0.00 | $0.00 | $0.00 |
| STATE OF CONNECTICUT | 6820-000 | NA | $347.50 | $347.50 | $347.50 |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $76,916.44 | $28,574.82 | $28,574.82 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | UMR | | $202,981.68 | NA | NA | $0.00 |
| 000015 | CONNECTICUT DEPARTMENT OF | 5800-000 | NA | $560.00 | $0.00 | $0.00 |
| 000016 | CONNECTICUT DEPARTMENT OF | 5800-000 | NA | $680.00 | $680.00 | $680.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$202,981.68** | **$1,240.00** | **$680.00** | **$680.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00023 | Balducci's Holdings, LLC Klehr | 7100-000 | NA | $70,407.44 | $0.00 | $0.00 |
| 000022 | TURNWOOD ASSOCIATES, LLC | 7100-000 | NA | $2,038,648.49 | $2,038,648.49 | $118,405.76 |
| 000020 | TAKA GOURMET, INC. | 7100-000 | NA | $14,735.34 | $0.00 | $0.00 |
| 000018 | ADVANTAGE IQ., INC. | 7100-000 | NA | $207.50 | $207.50 | $12.05 |
| 000017 | MCMASTER-CARR SUPPLY | 7100-000 | NA | $141.79 | $141.79 | $8.24 |
| 000014 | BALDUCCI'S HOLDINGS, LLC | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 000013 | PRECISION ROOFING, INC. | 7100-000 | NA | $4,087.85 | $4,087.85 | $237.42 |
| 000012 | R & R TRADE INTERNATIONAL, | 7100-000 | NA | $3,414.95 | $3,414.95 | $198.34 |
| 000011 | MOTOR CITY DRIVE, LLC | 7100-000 | NA | $689,923.19 | $443,086.20 | $25,734.68 |
| 000010 | POSTORO'S INC. | 7100-000 | NA | $2,180.28 | $0.00 | $0.00 |
| 000009 | BEVERAGE NETWORK OF | 7100-001 | NA | $465.38 | $465.38 | $27.03 |
| 000008 | MILLSTONE EXPRESS INC. | 7100-000 | NA | $1,171.41 | $1,171.41 | $68.04 |
| 000007 | ADVANTAGE IQ., INC. | 7100-000 | NA | $207.50 | $0.00 | $0.00 |
| 000006 | WYTHE WILL DISTRIBUTING CO | 7100-000 | NA | $11,648.59 | $11,648.59 | $676.56 |
| 000005 | UNITED NATURAL FOODS INC | 7100-000 | NA | $5,044.22 | $0.00 | $0.00 |
| 000004 | SPRING GLEN FRESH FOODS, | 7100-000 | NA | $6,894.65 | $6,894.65 | $400.44 |
| 000003 | TAKA GOURMET, INC. | 7100-000 | NA | $14,735.34 | $0.00 | $0.00 |
| 000002 | TURNWOOD ASSOCIATES, LLC | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 000001 | EXCEL COURIER, INC. | 7100-000 | NA | $3,428.94 | $3,428.94 | $199.16 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BETHNY HOLDINGS GROUP, LLC | 7100-000 | NA | $16,063,977.00 | $16,063,977.00 | $296,566.33 |
| | Advertising With WIT, Inc | | $838.23 | NA | NA | $0.00 |
| | AM Conservation Group | | $226.64 | NA | NA | $0.00 |
| | Arvin Malkani | | $102,297.00 | NA | NA | $0.00 |
| | Baldor | | $3,519.00 | NA | NA | $0.00 |
| | Cintas Corp | | $1,403.50 | NA | NA | $0.00 |
| | Crumbs | | $79.20 | NA | NA | $0.00 |
| | Data Watch Systems | | $129.10 | NA | NA | $0.00 |
| | Ecolab Inc | | $70.39 | NA | NA | $0.00 |
| | Fastners for Retail Inc | | $268.93 | NA | NA | $0.00 |
| | Federal Express | | $37.57 | NA | NA | $0.00 |
| | Frank Parsons Paper | | $3,738.13 | NA | NA | $0.00 |
| | Guardian Fire Protection Svc | | $419.46 | NA | NA | $0.00 |
| | Harrisons & Crosfield | | $84.94 | NA | NA | $0.00 |
| | Hunton & Williams | | $97.50 | NA | NA | $0.00 |
| | Insight Chaos | | $2,273.20 | NA | NA | $0.00 |
| | IPC Management II LLC | | $744,052.00 | NA | NA | $0.00 |
| | Kost Klip Mfg Ltd | | $41.40 | NA | NA | $0.00 |
| | McMaster-Carr | | $141.79 | NA | NA | $0.00 |
| | Millstone Express Inc | | $1,171.41 | NA | NA | $0.00 |
| | Neofunds by Neopost | | $300.00 | NA | NA | $0.00 |
| | Neopost | | $489.34 | NA | NA | $0.00 |
| | Neopost Inc | | $71.76 | NA | NA | $0.00 |
| | Office Depot | | $132.58 | NA | NA | $0.00 |
| | Precision Roofing | | $4,087.85 | NA | NA | $0.00 |
| | Select Priting | | $593.01 | NA | NA | $0.00 |
| | Simplex Grinnell LP | | $424.00 | NA | NA | $0.00 |
| | Tallx Corporation | | $1,028.00 | NA | NA | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Thyssenkrupp Elevator Corp |  | $3,310.86 | NA | NA | $0.00 |
|  | Total Marketing |  | $13,800.00 | NA | NA | $0.00 |
|  | United Natural Foods Inc |  | NA | NA | NA | $0.00 |
|  | United Parcel SeNice |  | $38.62 | NA | NA | $0.00 |
|  | Unum Life Insurance Co |  | $829.35 | NA | NA | $0.00 |
|  | Wythe Will Distributing Co |  | NA | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $885,994.76 | $18,931,319.86 | $18,577,172.75 | $442,534.05 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:  **09-13353**
Case Name:  **BETHNY, LLC**

Judge:  **Christopher S. Sontchi**

Trustee Name:  **Charles M. Forman**
Date Filed (f) or Converted (c):  **10/11/2011 (c)**
341(a) Meeting Date:  **11/04/2011**
Claims Bar Date:  **02/02/2012**

For Period Ending:  **09/20/2019**

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | WILMINGTON TRUST OPERATING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 2. | BB&T OPERATING ACCOUNT | 825,641.64 | 1,179.98 | | 0.00 | FA |
| 3. | LEASE DEPOSIT BETHSDA MD | 65,500.00 | 0.00 | | 0.00 | FA |
| 4. | BETHNY PLACE LLC/JBOTGO LLC INTERESTS | 0.00 | 0.00 | | 0.00 | FA |
| 5. | AG KINGS HOLDINGS II RECEIVABLE (10-50819) [D.I. 600] | 454,592.56 | 340,944.42 | | 597,800.38 | FA |
| 6. | LINCOLN LIFE & ANNUITY LIFE INS. BENEFIT | 1,150,000.00 | 380,000.00 | | 0.00 | FA |
| 7. | LASALLE GLOBAL TRUST | 727,573.30 | 371,640.71 | | 0.00 | FA |
| 8. | POSSIBLE 90 DAY/1 YEAR TRANSFER CLAIMS | 677,157.46 | 0.00 | | 0.00 | FA |
| 9. | VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 10. | VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 11. | DIP ACCOUNT FUNDS (u) | 160,000.00 | 160,000.00 | | 159,149.89 | FA |
| 12. | CLAIM RE UNEARNED RETAINER REFUND (u) | 25,433.63 | 0.00 | | 25,433.63 | FA |
| 13. | UNEARNED RETAINER REFUND (u) | 0.00 | 4,411.27 | | 4,411.27 | FA |
| INT. | Post-Petition Interest Deposits (u) | Unknown | NA | | 1.60 | FA |

Gross Value of Remaining Assets

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTALS (Excluding Unknown Values)** | | 4,085,898.59 | 1,258,176.38 | | 786,796.77 | 0.00 |

Re Prop. #2   ADMINISTERED IN PRIOR CHAPTER - THE OPERATING ACCOUNTS WERE TRANSFERRED TO THE DIP ACCOUNT IN THE CHAPTER 11.  THERE WERE MINIMAL FUNDS WITH BB&T AS OF THE CONVERSION DATE;
Re Prop. #5   ADVERSARY PROCEEDING COMMENCED TO COLLECT - ADV PRO 10-50819 AMOUNT SCHEDULED PLUS   INTEREST IN ESCROW OF 500,000  - SETTLEMENT OF AG KINGS APPROVED BY COURT.
Re Prop. #6   THIS ASSET, DESPITE BEING SCHEDULED AS AN ASSET OF BETHNY LLC  APPEARS TO BE ASSET OF BETHNY PLACE, LLC. ;LIQUIDATED BY TRUSTEE FOR BETHNY PLACE LLC 09-13354 ;;
Re Prop. #7   INDEMNITY & TAX ESCROW -  THE TAX ESCROW WAS RELEASED DURING THE CHAPTER 11 PROCEEDINGS.  INDEMNITY ESCROW PROCEEDS INCLUDED IN SETTLEMENT OF REF. #5
Re Prop. #8   PER SOFA ... STATUTE OF LIMITAIONS EXPIRED 9-29-11 TO FILE PREFERENCE AND INSIDER CLAIMS

**Exhibit 8**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Case No:** 09-13353          **Judge:** Christopher S. Sontchi          **Trustee Name:** Charles M. Forman
**Case Name:** BETHNY, LLC          **Date Filed (f) or Converted (c):** 10/11/2011 (c)
                                                              **341(a) Meeting Date:** 11/04/2011
**For Period Ending:** 09/20/2019          **Claims Bar Date:** 02/02/2012

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

Re Prop. #12   RE: LOCKE LORD LLP
Re Prop. #13   RE: ESCROW AGENT

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**ORDERS ENTERED 2-26-16 GRANTING MOTION TO MODIFY FILED CLAIMS**

**HG/AA>MEH**

**Initial Projected Date of Final Report(TFR) :** 12/31/2013          **Current Projected Date of Final Report(TFR) :** 12/31/2017

**Trustee's Signature**          /s/Charles M. Forman          **Date:** 09/20/2019
                                       Charles M. Forman
                                       365 West Passaic Street
                                       Suite 400
                                       Rochelle Park, NJ 07662
                                       Phone : (201) 845-1000

**Exhibit 8**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-13353 | | Trustee Name: | Charles M. Forman |
|---|---|---|---|---|
| Case Name: | BETHNY, LLC | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******2951 |
| Taxpayer ID No: | **-***4404 | | Account Name | Checking Account |
| For Period Ending: | 9/20/2019 | | Blanket bond (per case limit): | 155,842,865.00 |
| | | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/13/2016 | | Transfer from Union Bank | Transfer of funds | 9999-000 | 714,370.12 | | 714,370.12 |
| 01/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 503.82 | 713,866.30 |
| 02/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 821.47 | 713,044.83 |
| 03/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 820.56 | 712,224.27 |
| 03/28/2017 | 54001 | INTERNATIONAL SURETIES, LTD 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA 70139 | Bond Premium | 2300-000 | | 137.13 | 712,087.14 |
| *03/28/2017 | 54002 | INTERNATIONAL SURETIES, LTD 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA 70139 | Bond Premium | 2300-000 | | 76.29 | 712,010.85 |

| | | | Page Subtotals | | 714,370.12 | 2,359.27 | |

UST Form 101-7-TDR (10/1/2010) (Page 10)

**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 09-13353 | |
| Case Name: | BETHNY, LLC | |
| | | |
| Taxpayer ID No: | **-***4404 | |
| For Period Ending: | 9/20/2019 | |

| | |
|---|---|
| Trustee Name: | Charles M. Forman |
| Bank Name: | Texas Capital Bank |
| Account Number/CD#: | ******2951 |
| Account Name | Checking Account |
| Blanket bond (per case limit): | 155,842,865.00 |
| Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| *03/30/2017 | | INTERNATIONAL SURETIES, LTD 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA 70139 | Bond Premium | 2300-000 | | (76.29) | 712,087.14 |
| 04/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 819.60 | 711,267.54 |
| 04/28/2017 | [12] | LOCKE LORD LLP | REFUND OF UNEARNED RETAINER | 1290-000 | 25,433.63 | | 736,701.17 |
| *04/28/2017 | | LOCKE LORD LLP | REFUND OF UNEARNED RETAINER | 6210-000 | | (25,433.63) | 762,134.80 |
| *04/28/2017 | | LOCKE LORD LLP | REFUND OF UNEARNED RETAINER | 6210-000 | | 25,433.63 | 736,701.17 |
| 05/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 821.43 | 735,879.74 |
| 06/05/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 846.83 | 735,032.91 |
| | | | Page Subtotals | | 25,433.63 | 2,411.57 | |

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: **09-13353** | Trustee Name: **Charles M. Forman** |
| Case Name: **BETHNY, LLC** | Bank Name: **Texas Capital Bank** |
| | Account Number/CD#: ********2951** |
| Taxpayer ID No: **\*\*-\*\*\*4404** | Account Name **Checking Account** |
| For Period Ending: **9/20/2019** | Blanket bond (per case limit): **155,842,865.00** |
| | Separate bond (if applicable): **0.00** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 845.92 | 734,186.99 |
| 08/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 844.88 | 733,342.11 |
| 09/05/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 843.91 | 732,498.20 |
| 10/04/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 843.00 | 731,655.20 |
| 11/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 842.00 | 730,813.20 |
| | | | Page Subtotals | | 0.00 | 4,219.71 | |

UST Form 101-7-TDR (10/1/2010) (Page 12)

**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: **09-13353** | |
| Case Name: **BETHNY, LLC** | |

| | |
|---|---|
| Trustee Name: **Charles M. Forman** | |
| Bank Name: **Texas Capital Bank** | |
| Account Number/CD#: ********2951** | |
| Account Name **Checking Account** | |

| | |
|---|---|
| Taxpayer ID No: **\*\*-\*\*\*4404** | |
| For Period Ending: **9/20/2019** | |

| | |
|---|---|
| Blanket bond (per case limit): **155,842,865.00** | |
| Separate bond (if applicable): **0.00** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/04/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 841.00 | 729,972.20 |
| 05/04/2018 | [13] | GALLAGHER HARNETT & LAGALANTE LLP | REFUND OF UNEARNED RETAINER BY ESCROW AGENT | 1290-000 | 4,411.27 | | 734,383.47 |
| 02/13/2019 | 54003 | CHARLES M. FORMAN, CHAPTER 7 TRUSTEE P.O. Box 627 Paramus, NJ 07653 | | 2100-000 | | 42,589.84 | 691,793.63 |
| 02/13/2019 | 54004 | CHARLES M. FORMAN, ON BEHALF OF FORMAN HOLT ELIADES & YOUNGMAN LLC | ATTY FOR TRUSTEE FEES | 3110-000 | | 164,771.00 | 527,022.63 |
| 02/13/2019 | 54005 | CHARLES M. FORMAN, ON BEHALF OF FORMAN HOLT ELIADES & YOUNGMAN LLC | ATTY FOR TRUSTEE EXPENSES | 3120-000 | | 3,929.27 | 523,093.36 |
| 02/13/2019 | 54006 | MC CARTER & ENGLISH, LLP | ATTY FOR TRUSTEE FEES | 3210-000 | | 32,024.00 | 491,069.36 |
| 02/13/2019 | 54007 | MC CARTER & ENGLISH, LLP | ATTY FOR TRUSTEE EXPENSES | 3220-000 | | 1,237.77 | 489,831.59 |

| | | | Page Subtotals | | 4,411.27 | 245,392.88 | |
|---|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) (Page 13)

**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 09-13353 | |
| Case Name: | BETHNY, LLC | |

| | | |
|---|---|---|
| Trustee Name: | Charles M. Forman | |
| Bank Name: | Texas Capital Bank | |
| Account Number/CD#: | ******2951 | |

| | | |
|---|---|---|
| Taxpayer ID No: | **-***4404 | |
| For Period Ending: | 9/20/2019 | |

| | | |
|---|---|---|
| Account Name | Checking Account | |
| Blanket bond (per case limit): | 155,842,865.00 | |
| Separate bond (if applicable): | 0.00 | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/13/2019 | 54008 | GIULIANO MILLER & COMPANY, LLC<br>140 BRADFORD DRIVE<br>BERLIN BUSINESS PARK<br>WEST BERLIN, NJ 08091 | ACCOUNTANT FOR TRUSTEE FEES | 3410-000 | | 17,940.00 | 471,891.59 |
| 02/13/2019 | 54009 | GIULIANO MILLER & COMPANY, LLC<br>140 BRADFORD DRIVE<br>BERLIN BUSINESS PARK<br>WEST BERLIN, NJ 08091 | ACCOUNTANT FOR TRUSTEE EXPENESE | 3420-000 | | 102.72 | 471,788.87 |
| *02/13/2019 | 54010 | ELM CITY PARTNERS, LLC | DEBTOR FINANCIAL ADVISOR FEES | 6700-003 | | 14,621.40 | 457,167.47 |
| 02/13/2019 | 54011 | STEIN SPERLING BENNETT DE JONG DRISCOLL, PC | DEBTOR SPECIAL COUNSEL FEES | 6700-000 | | 13,358.20 | 443,809.27 |
| *02/13/2019 | 54012 | ELM CITY PARTNERS, LLC | DEBTOR FINANCIAL ADVISOR EXPENSES | 6710-003 | | 247.72 | 443,561.55 |
| 02/13/2019 | 54013 | STATE OF CONNECTICUT<br><B>(ADMINISTRATIVE)</B><br>Department of Revenue Services<br>25 Sigourney St.<br>Hartford , CT 06106 | | 6820-000 | | 347.50 | 443,214.05 |
| | | | Page Subtotals | | 0.00 | 46,617.54 | |

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 09-13353 |
| Case Name: | BETHNY, LLC |
| Taxpayer ID No: | **-***4404 |
| For Period Ending: | 9/20/2019 |

| | |
|---|---|
| Trustee Name: | Charles M. Forman |
| Bank Name: | Texas Capital Bank |
| Account Number/CD#: | ******2951 |
| Account Name | Checking Account |
| Blanket bond (per case limit): | 155,842,865.00 |
| Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/13/2019 | 54014 | CONNECTICUT DEPARTMENT OF REVENUE S<br>Services<br>C&E Division, Bankruptcy Section<br>25 Sigourney Street<br>Hartford , CT 06106-5032 | Disb of 100.00% to Claim #000016 | 5800-000 | | 680.00 | 442,534.05 |
| 02/13/2019 | 54015 | BETHNY HOLDINGS GROUP, LLC | Disb of 1.85% to Claim # | 7100-000 | | 296,566.33 | 145,967.72 |
| 02/13/2019 | 54016 | EXCEL COURIER, INC.<br>P. O. BOX 401<br>HERNDON , VIRGINIA 20172-0401 | Disb of 5.81% to Claim #000001 | 7100-000 | | 199.16 | 145,768.56 |
| 02/13/2019 | 54017 | SPRING GLEN FRESH FOODS, INC.<br>P. O. BOX 334<br>HANOVER , PA 17331 | Disb of 5.81% to Claim #000004 | 7100-000 | | 400.44 | 145,368.12 |
| 02/13/2019 | 54018 | WYTHE WILL DISTRIBUTING CO<br>3612 LAGRANGE PKWY<br>TOANO , VA 23168 | Disb of 5.81% to Claim #000006 | 7100-000 | | 676.56 | 144,691.56 |
| 02/13/2019 | 54019 | MILLSTONE EXPRESS INC.<br>109 DANBURY ROAD, SUITE 3<br>RIDGEFIELD , CT 06877 | Disb of 5.81% to Claim #000008 | 7100-000 | | 68.04 | 144,623.52 |
| *02/13/2019 | 54020 | BEVERAGE NETWORK OF MARYLAND, INC.<br>8106 Stayton Drive<br>Jessup , MD 20794 | Disb of 5.81% to Claim #000009 | 7100-004 | | 27.03 | 144,596.49 |
| | | | Page Subtotals | | 0.00 | 298,617.56 | |

UST Form 101-7-TDR (10/1/2010) (Page 15)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  09-13353
Case Name:  BETHNY, LLC

Taxpayer ID No:  **-***4404
For Period Ending:  9/20/2019

Trustee Name:  Charles M. Forman
Bank Name:  Texas Capital Bank
Account Number/CD#:  ******2951
Account Name  Checking Account
Blanket bond (per case limit):  155,842,865.00
Separate bond (if applicable):  0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/13/2019 | 54021 | MOTOR CITY DRIVE, LLC<br>10411 Motor City Drive<br>Bethesda , MD 20817 | Disb of 5.81% to Claim #000011 | 7100-000 | | 25,734.68 | 118,861.81 |
| 02/13/2019 | 54022 | R & R TRADE INTERNATIONAL, INC.<br>dba Orinoco Coffee & Tea<br>7190 Oakland Mills Rd., Ste 7<br>Columbia , MD 21046 | Disb of 5.81% to Claim #000012 | 7100-000 | | 198.34 | 118,663.47 |
| 02/13/2019 | 54023 | PRECISION ROOFING, INC.<br>22 KERR LANE<br>SOUTHFIELDS , NY 10975 | Disb of 5.81% to Claim #000013 | 7100-000 | | 237.42 | 118,426.05 |
| 02/13/2019 | 54024 | MCMASTER-CARR SUPPLY COMPANY<br>P. O. BOX 5370<br>PRINCETON , NJ 08543-5370 | Disb of 5.81% to Claim #000017 | 7100-000 | | 8.24 | 118,417.81 |
| 02/13/2019 | 54025 | ADVANTAGE IQ., INC.<br>1313 N. ATLANTIC, STE. 5000<br>SPOKANE , WA 99201 | Disb of 5.81% to Claim #000018 | 7100-000 | | 12.05 | 118,405.76 |
| 02/13/2019 | 54026 | TURNWOOD ASSOCIATES, LLC<br>Rivkin Radler LLP<br>926 RXR Plaza<br>Uniondalee , NY 11556 | Disb of 5.81% to Claim #000022 | 7100-000 | | 118,405.76 | 0.00 |
| *05/20/2019 | | ELM CITY PARTNERS, LLC | DEBTOR FINANCIAL ADVISOR FEES | 6700-003 | | (14,621.40) | 14,621.40 |
| | | | Page Subtotals | | 0.00 | 129,975.09 | |

UST Form 101-7-TDR (10/1/2010) (Page 16)

**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:**  09-13353 | **Trustee Name:**  Charles M. Forman |
| **Case Name:**  BETHNY, LLC | **Bank Name:**  Texas Capital Bank |
| | **Account Number/CD#:**  ******2951 |
| **Taxpayer ID No:**  **-***4404 | **Account Name**  Checking Account |
| **For Period Ending:**  9/20/2019 | **Blanket bond (per case limit):**  155,842,865.00 |
| | **Separate bond (if applicable):**  0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *05/20/2019 | | ELM CITY PARTNERS, LLC | DEBTOR FINANCIAL ADVISOR EXPENSES | 6710-003 | | (247.72) | 14,869.12 |
| *05/20/2019 | | BEVERAGE NETWORK OF MARYLAND, INC. 8106 Stayton Drive Jessup , MD 20794 | Stop Payment on Check 54020 | 7100-004 | | (27.03) | 14,896.15 |
| 07/18/2019 | 54027 | LORNA M. PALAZZI | PAYMENT OF CH 11 ADMINISTRATIVE CLAIM PER 7/16/19 ORDER | | | 14,869.12 | 27.03 |
| | | | (14,621.40) | 6700-000 | | | |
| | | | (247.72) | 6710-000 | | | |
| 07/18/2019 | 54028 | CLERK, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | UNCLAIMED FUNDS | 7100-001 | | 27.03 | 0.00 |

|  | | |
|---|---|---|
| Page Subtotals | 0.00 | 14,621.40 |

| | | |
|---|---|---|
| **COLUMN TOTALS** | 744,215.02 | 744,215.02 |
| Less:Bank Transfer/CD's | 714,370.12 | 0.00 |
| **SUBTOTALS** | 29,844.90 | 744,215.02 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 29,844.90 | 744,215.02 |

**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-13353 |
|---|---|
| Case Name: | BETHNY, LLC |

| Taxpayer ID No: | **-***4404 |
| For Period Ending: | 9/20/2019 |

| Trustee Name: | Charles M. Forman |
|---|---|
| Bank Name: | Bank of America |
| Account Number/CD#: | ******9433 |
| Account Name | Money Market Account |
| Blanket bond (per case limit): | 155,842,865.00 |
| Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/07/2012 | [11] | BETHNY LLC (DIP) | FUNDS FROM CLOSED DIP ACCOUNT - CITIBANK 4458 / 7627 | 1229-000 | 159,149.89 | | 159,149.89 |
| 03/08/2012 | 1001 | ARTICLE 9 AGENTS 535 EIGHTH AVE. FLOOR 15 NEW YORK NY , 10018 | PROFFESSIONAL FEES - UCC SEARCH | 2990-000 | | 540.00 | 158,609.89 |
| 03/30/2012 | [INT] | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.86 | | 158,610.75 |
| 04/18/2012 | [INT] | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.74 | | 158,611.49 |
| 04/18/2012 | | Trsf To VIRGINIA HERITAGE BANK | FINAL TRANSFER | 9999-000 | | 158,611.49 | 0.00 |

|  | | Page Subtotals | 159,151.49 | 159,151.49 | |
|---|---|---|---|---|---|

| COLUMN TOTALS | 159,151.49 | 159,151.49 |
|---|---|---|
| Less:Bank Transfer/CD's | 0.00 | 158,611.49 |
| **SUBTOTALS** | 159,151.49 | 540.00 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 159,151.49 | 540.00 |

**Exhibit 9**

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 09-13353 | |
| Case Name: BETHNY, LLC | |
| | Trustee Name: **Charles M. Forman** |
| | Bank Name: **Union Bank** |
| | Account Number/CD#: ********5566** |
| Taxpayer ID No: **-***4404** | Account Name **Checking Account** |
| For Period Ending: 9/20/2019 | Blanket bond (per case limit): **155,842,865.00** |
| | Separate bond (if applicable): **0.00** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/08/2014 | | Trsf In From VIRGINIA HERITAGE BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 740,816.53 | | 740,816.53 |
| 09/25/2014 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 852.45 | 739,964.08 |
| 10/27/2014 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 1,065.31 | 738,898.77 |
| 11/25/2014 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 1,099.55 | 737,799.22 |
| 12/26/2014 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 1,062.48 | 736,736.74 |
| 01/26/2015 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 1,096.29 | 735,640.45 |
| 02/25/2015 | 100001 | INTERNATIONAL SURETIES LTD | TRUSTEE BLANKET BOND PREMIUM | 2300-000 | | 400.78 | 735,239.67 |
| 02/25/2015 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 1,094.70 | 734,144.97 |
| 03/25/2015 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 987.36 | 733,157.61 |
| 04/27/2015 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 1,090.85 | 732,066.76 |
| | | | Page Subtotals | | 740,816.53 | 8,749.77 | |

UST Form 101-7-TDR (10/1/2010) (Page 19)

**Exhibit 9**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 09-13353 |
| Case Name: | BETHNY, LLC |
| | |
| Taxpayer ID No: | **-***4404 |
| For Period Ending: | 9/20/2019 |

| | |
|---|---|
| Trustee Name: | Charles M. Forman |
| Bank Name: | Union Bank |
| Account Number/CD#: | ******5566 |
| Account Name | Checking Account |
| Blanket bond (per case limit): | 155,842,865.00 |
| Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/26/2015 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 1,054.33 | 731,012.43 |
| 06/25/2015 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 1,087.77 | 729,924.66 |
| 07/27/2015 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 1,051.14 | 728,873.52 |
| 08/25/2015 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 1,084.64 | 727,788.88 |
| 09/25/2015 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 1,082.96 | 726,705.92 |
| 10/26/2015 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 1,046.51 | 725,659.41 |
| 11/25/2015 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 863.84 | 724,795.57 |
| 12/28/2015 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 834.81 | 723,960.76 |
| 01/25/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 861.68 | 723,099.08 |
| 01/27/2016 | 100002 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET - STE 420 NEW ORLEANS LA , 70139 | BLANKET BOND # 016026389 | 2300-000 | | 332.60 | 722,766.48 |
| | | | Page Subtotals | | 0.00 | 9,300.28 | |

UST Form 101-7-TDR (10/1/2010) (Page 20)

**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-13353 |
|---|---|
| Case Name: | BETHNY, LLC |
| Taxpayer ID No: | **-***4404 |
| For Period Ending: | 9/20/2019 |

| | |
|---|---|
| Trustee Name: | Charles M. Forman |
| Bank Name: | Union Bank |
| Account Number/CD#: | ******5566 |
| Account Name | Checking Account |
| Blanket bond (per case limit): | 155,842,865.00 |
| Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/25/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 858.24 | 721,908.24 |
| 03/25/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 801.63 | 721,106.61 |
| 04/25/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 855.82 | 720,250.79 |
| 05/25/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 827.30 | 719,423.49 |
| 06/27/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 853.85 | 718,569.64 |
| 07/25/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 825.44 | 717,744.20 |
| 08/25/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 851.85 | 716,892.35 |
| 09/26/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 850.87 | 716,041.48 |
| 10/25/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 822.50 | 715,218.98 |
| 11/25/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 848.86 | 714,370.12 |
| | | | Page Subtotals | | 0.00 | 8,396.36 | |

**Exhibit 9**

Page 13

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  **09-13353**

Case Name:  **BETHNY, LLC**

Taxpayer ID No:  **\*\*-\*\*\*4404**

For Period Ending:  **9/20/2019**

Trustee Name:  **Charles M. Forman**

Bank Name:  **Union Bank**

Account Number/CD#:  **\*\*\*\*\*\*5566**

Account Name  **Checking Account**

Blanket bond (per case limit):  **155,842,865.00**

Separate bond (if applicable):  **0.00**

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/13/2016 | | Transfer to Texas Capital Bank | Transfer of funds to account ending 2951 | 9999-000 | | 714,370.12 | 0.00 |

| | | | | Page Subtotals | 0.00 | 714,370.12 | |

| | | | | **COLUMN TOTALS** | 740,816.53 | 740,816.53 | |
| | | | | Less:Bank Transfer/CD's | 740,816.53 | 714,370.12 | |
| | | | | **SUBTOTALS** | 0.00 | 26,446.41 | |
| | | | | Less: Payments to Debtors | | 0.00 | |
| | | | | **Net** | 0.00 | 26,446.41 | |

UST Form 101-7-TDR (10/1/2010) (Page 22)

**Exhibit 9**

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No:** 09-13353 | |
| **Case Name:** BETHNY, LLC | |

| | |
|---|---|
| **Taxpayer ID No:** **-***4404 | |
| **For Period Ending:** 9/20/2019 | |

| | |
|---|---|
| **Trustee Name:** Charles M. Forman |
| **Bank Name:** Virginia Heritage Bank |
| **Account Number/CD#:** ******0032 |
| **Account Name** Checking Account |
| **Blanket bond (per case limit):** 155,842,865.00 |
| **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/18/2012 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 158,611.49 | | 158,611.49 |
| 05/18/2012 | 1001 | BANK OF AMERICA/MERRIL LYNCH | BANK FEE 4/1/12-3/31/13 #433158.2 [D.I. 600] | 2600-000 | | 1,500.00 | 157,111.49 |
| 01/31/2013 | | VIRGINIA HERITAGE BANK | VIRGINIA HERITAGE SERVICE CHARGE | 2600-000 | | 166.80 | 156,944.69 |
| 02/14/2013 | 1002 | INTERNATIONAL SURETIES, LTD | TRUSTEE BLANKET BOND PREMIUM | 2300-000 | | 154.69 | 156,790.00 |
| 03/07/2013 | | VIRGINIA HERITAGE BANK | BANK SERVICE FEE | 2600-000 | | 150.52 | 156,639.48 |
| 03/29/2013 | 1003 | COZEN O'CONNOR | MEDIATION FEES PER ORDER 1-10-13 | 3721-000 | | 1,755.00 | 154,884.48 |
| 04/05/2013 | | VIRGINIA HERITAGE BANK | BANK SERVICE FEE | 2600-000 | | 166.33 | 154,718.15 |
| 05/07/2013 | | VIRGINIA HERITAGE BANK | BANK SERVICE FEE | 2600-000 | | 159.64 | 154,558.51 |
| 05/31/2013 | [5] | BALDUCCI'S HOLDINGS LLC | SETTLEMENT FUNDS ADV#10-50819 [D.I. 600] | 1141-000 | 102,211.43 | | 256,769.94 |
| | | | Page Subtotals | | 260,822.92 | 4,052.98 | |

UST Form 101-7-TDR (10/1/2010) (Page 23)                    **Exhibit 9**

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **09-13353**

Case Name: **BETHNY, LLC**

Taxpayer ID No: **\*\*-\*\*\*4404**

For Period Ending: **9/20/2019**

Trustee Name: **Charles M. Forman**

Bank Name: **Virginia Heritage Bank**

Account Number/CD#: **\*\*\*\*\*\*0032**

Account Name **Checking Account**

Blanket bond (per case limit): **155,842,865.00**

Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/07/2013 | | VIRGINIA HERITAGE BANK | BANK SERVICE FEE | 2600-000 | | 164.12 | 256,605.82 |
| 06/11/2013 | [5] | BANK OF AMERICA/MERRILL  LYNCH | ESCROW DISBURSEMENT PURSUANT TO JOINT DISBURSEMENT INSTRUCTIONS & SETTLEMENT WITH 4G KINGS [D.I. 600] | 1141-000 | 494,088.11 | | 750,693.93 |
| 07/08/2013 | | VIRGINIA HERITAGE BANK | BANK SERVICE FEE | 2600-000 | | 578.16 | 750,115.77 |
| 08/07/2013 | | VIRGINIA HERITAGE BANK | BANK SERVICE FEE | 2600-000 | | 796.49 | 749,319.28 |
| 09/09/2013 | | VIRGINIA HERITAGE BANK | BANK SERVICE FEE | 2600-000 | | 795.67 | 748,523.61 |
| 09/23/2013 | [5] | BANK OF AMERICA/MERRILL LYNCH | SETTLEMENT PAYMENT AG KINGS ADV#10-50819 | 1141-000 | 1,500.84 | | 750,024.45 |
| 10/07/2013 | | VIRGINIA HERITAGE BANK | BANK SERVICE FEE | 2600-000 | | 769.61 | 749,254.84 |
| 11/07/2013 | | VIRGINIA HERITAGE BANK | BANK SERVICE FEE | 2600-000 | | 795.60 | 748,459.24 |
| 12/06/2013 | | VIRGINIA HERITAGE BANK | BANK SERVICE FEE | 2600-000 | | 769.13 | 747,690.11 |
| 01/08/2014 | | VIRGINIA HERITAGE BANK | BANK SERVICE FEE | 2600-000 | | 793.91 | 746,896.20 |
| | | | Page Subtotals | | 495,588.95 | 5,462.69 | |

UST Form 101-7-TDR (10/1/2010) (Page 24)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 09-13353 | Trustee Name: Charles M. Forman |
| Case Name: BETHNY, LLC | Bank Name: Virginia Heritage Bank |
| | Account Number/CD#: ******0032 |
| Taxpayer ID No: **-***4404 | Account Name Checking Account |
| For Period Ending: 9/20/2019 | Blanket bond (per case limit): 155,842,865.00 |
| | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 02/07/2014 | | VIRGINIA HERITAGE BANK | BANK SERVICE FEE | 2600-000 | | 793.13 | 746,103.07 |
| 03/06/2014 | 1004 | INTERNATIONAL SURETIES, LTD | TRUSTEE BLANKET BOND PREMIUM | 2300-000 | | 701.56 | 745,401.51 |
| 03/07/2014 | | VIRGINIA HERITAGE BANK | BANK SERVICE FEE | 2600-000 | | 715.60 | 744,685.91 |
| 04/07/2014 | | VIRGINIA HERITAGE BANK | BANK SERVICE FEE | 2600-000 | | 790.95 | 743,894.96 |
| 05/08/2014 | | VIRGINIA HERITAGE BANK | BANK SERVICE FEE | 2600-000 | | 764.44 | 743,130.52 |
| 06/06/2014 | | VIRGINIA HERITAGE BANK | BANK SERVICE FEE | 2600-000 | | 763.67 | 742,366.85 |
| 07/07/2014 | | VIRGINIA HERITAGE BANK | BANK SERVICE FEE | 2600-000 | | 762.84 | 741,604.01 |
| 08/07/2014 | | VIRGINIA HERITAGE BANK | BANK SERVICE FEE | 2600-000 | | 787.48 | 740,816.53 |
| 08/08/2014 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 740,816.53 | 0.00 |
| | | | Page Subtotals | | 0.00 | 746,896.20 | |

UST Form 101-7-TDR (10/1/2010) (Page 25)    **Exhibit 9**

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: **09-13353** | |
| Case Name: **BETHNY, LLC** | |
| | |
| Taxpayer ID No: **\*\*-\*\*\*4404** | |
| For Period Ending: **9/20/2019** | |

| | |
|---|---|
| Trustee Name: **Charles M. Forman** | |
| Bank Name: **Virginia Heritage Bank** | |
| Account Number/CD#: **\*\*\*\*\*\*0032** | |
| Account Name **Checking Account** | |
| Blanket bond (per case limit): **155,842,865.00** | |
| Separate bond (if applicable): **0.00** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

Page Subtotals

| | Deposits | Disbursements | |
|---|---|---|---|
| **COLUMN TOTALS** | 756,411.87 | 756,411.87 | |
| Less:Bank Transfer/CD's | 158,611.49 | 740,816.53 | |
| **SUBTOTALS** | 597,800.38 | 15,595.34 | |
| Less: Payments to Debtors | | 0.00 | |
| **Net** | 597,800.38 | 15,595.34 | |

| | |
|---|---|
| All Accounts Gross Receipts: | 786,796.77 |
| All Accounts Gross Disbursements: | 786,796.77 |
| All Accounts Net: | 0.00 |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| \*\*\*\*\*\*0032 Checking Account | 597,800.38 | 15,595.34 | |
| \*\*\*\*\*\*5566 Checking Account | 0.00 | 26,446.41 | |
| \*\*\*\*\*\*9433 Money Market Account | 159,151.49 | 540.00 | |
| \*\*\*\*\*\*2951 Checking Account | 29,844.90 | 744,215.02 | |
| **Net Totals** | 786,796.77 | 786,796.77 | 0.00 |

**Exhibit 9**